UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Robert Preuss,
    Plaintiff,

                 Case No. 2:14-cv-02154-CM-KMH

-against-

National Credit Adjusters, L.L.C.,

    Defendant.

## CLERK'S ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing a return of service on the Defendant National Credit Adjusters, LLC., on April 24, 2014, and that said Defendant has failed to file an Answer or otherwise defend;

DEFAULT IS HEREBY ENTERED against Defendant National Credit Adjusters, L.L.C., pursuant to Fed. R. Civ. P. 55(a).

Dated: July 24, 2014

                 Deputy Clerk of the Court

                 s/   Jane Stepp
                 Deputy Clerk